AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al. <br> *Defendant(s)* | Civil Action No. <br><br> **CIV-14-786 D** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YOUR YELLOW BOOK INC
ATTN: DUSTIN LAW
200 SW 66th St.
Oklahoma City, OK
73139-732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

SUMMONS ISSUED:
4:20 pm, Jul 24, 2014
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>*Plaintiff(s)*<br>v.<br>YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) CIV-14-786  D<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YOUR YELLOW BOOK INC
ATTN: ROBERT RAY LAW
1014 Straka Terrace
Oklahoma City, OK
73139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

SUMMONS ISSUED:
4:20 pm, Jul 24, 2014
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. **CIV-14-786 D** ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   YOUR YELLOW BOOK INC
ATTN: BRANDIE MICHELLE LAW
2622 Elwood Drive.
Edmond, OK 73013
(405) 359-1891


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____

SUMMONS ISSUED:
4:21 pm, Jul 24, 2014
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al. <br> *Defendant(s)* | Civil Action No. <br> **CIV-14-786 D** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRANDIE MICHELLE LAW
2622 Elwood Dr.
Edmond, OK 73013
(405) 359-1891

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

SUMMONS ISSUED:
4:21 pm, Jul 24, 2014
*CARMELITA REEDER SHINN, Clerk*

By: _____
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br><br> YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CIV-14-786 D** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DUSTIN LAW
200 SW 66th St.
Oklahoma City, OK
73139-732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

SUMMONS ISSUED:
4:22 pm, Jul 24, 2014
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> YOUR YELLOW BOOK, an Oklahoma Corporation, BRANDIE M. LAW, individually and as an officer or director of Your Yellow Book and ROBERT R. LAW, individually and as officer or director, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CIV-14-786 D** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROBERT RAY LAW
1014 Straka Terrace
Oklahoma City, OK
73139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

SUMMONS ISSUED:
4:22 pm, Jul 24, 2014
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*