UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUR YELLOW BOOK INC, a corporation, also d/b/a/ YOUR YELLOW BOOK,<br><br>BRANDIE MICHELLE LAW, individually and as an officer or director of YOUR YELLOW BOOK INC,<br><br>DUSTIN R. LAW, individually and as an officer or director of YOUR YELLOW BOOK INC, and<br><br>ROBERT RAY LAW, individually and as an officer or director of YOUR YELLOW BOOK INC,<br><br>    Defendants. | Civil Action No. CIV-14-786<br>Judge Timothy D. DeGiusti<br><br>**PLANTIFF FEDERAL TRADE COMMISSION'S EXHIBIT LIST FOR THE PRELIMINARY INJUNCTION HEARING** |

    The following is a list of exhibits that Plaintiff, Federal Trade Commission ("FTC"), MAY OFFER at the Preliminary Injunction Hearing, together with a description of the document, the date it was filed, and an identification of its page range (where applicable).

    On July 25, 2014, following an on-the-record hearing, the Court issued its Ex Parte Temporary Restraining Order with Asset Freeze and Other Equitable Relief; Notice of Preliminary Injunction Hearing (DKT #10)("TRO") in this matter. The TRO set a show cause hearing for August 4, 2014 and provided that the Court "will consider . . . declarations or affidavits that have been served and filed in a timely manner prior to the

1

preliminary injunction hearing without further need of any party moving the documents into evidence." TRO, Section XIX.

The following list of exhibits is provided as a courtesy. These exhibits were filed in support of the FTC's motion for a temporary restraining order or in accordance with Section XVIII of the TRO, and therefore are pre-admitted under the terms of Section XIX of the TRO.

| YOUR YELLOW BOOK INC | | | |
|---|---|---|---|
| **Plaintiff's Exhibit #** | **Description** | **Date Filed** | **Page Range** |
| 1 | Declaration of Brent McPeek | July 24, 2014 | 1-15 |
| 2 | Oklahoma Secretary of State – Corporation Filing | July 24, 2014 | 16 |
| 3 | 1304 W. Cleveland, Logan County Tax Assessor Records | July 24, 2014 | 17-20 |
| 4 | 1012-1014 Straka Terrace – Oklahoma County Tax Assessor | July 24, 2014 | 21-22 |
| 5 | Consumer Sentinel Network Complaint Category Details, CY 2011 through 2013 | July 24, 2014 | 23 |
| 6 | Postal Cease and Desist Orders | July 24, 2014 | 24-77 |
| 7 | P.O. Box Records | July 24, 2014 | 78-80 |
| 8 | http://youryellowbook.com internet results and related documents | July 24, 2014 | 81-135 |
| 9 | JPMorgan Chase Business Account Records | July 24, 2014 | 136-165 |
| 10 | Cox Communications Inc. Records | July 24, 2014 | 166-168 |
| 11 | Vonage Account Documents | July 24, 2014 | 169-176 |
| 12 | Go Daddy Documents | July 24, 2014 | 177-184 |
| 13 | Declaration of Parrish White | July 24, 2014 | 185-189 |

| YOUR YELLOW BOOK INC | | | |
|---|---|---|---|
| **Plaintiff's Exhibit #** | **Description** | **Date Filed** | **Page Range** |
| 14 | BBB Records | July 24, 2014 | 190-133 |
| 15 | Declaration of Diane Welsh | July 24, 2014 | 234-236 |
| 16 | Declaration of Libbey Eastteam | July 24, 2014 | 237-238 |
| 17 | Declaration of Royce Eddington | July 24, 2014 | 239-241 |
| 18 | Declaration of Melissa Falin | July 24, 2014 | 242-248 |
| 19 | Declaration of Julie Gebert | July 24, 2014 | 249-252 |
| 20 | Declaration of Julia Gee | July 24, 2014 | 253-256 |
| 21 | Declaration of Erika Kimm | July 24, 2014 | 257-260 |
| 22 | Declaration of Bill Lambacher | July 24, 2014 | 261-264 |
| 23 | Declaration of Dale O'Groske | July 24, 2014 | 265-268 |
| 24 | Declaration of James Rider | July 24, 2014 | 269-270 |
| 25 | Declaration of Lori Rischmiller | July 24, 2014 | 271-272 |
| 26 | Declaration of Steven Rojo | July 24, 2014 | 273-279 |
| 27 | Declaration of Penny Stebar | July 24, 2014 | 280-283 |
| 28 | Second Declaration of Brent McPeek | July 30, 2014 | NA |
| 29 | Declaration of Alisa Knapp | July 30, 2014 | NA |

Dated: July 30, 2014              Respectfully submitted,


    s/ *Thomas B. Carter*
REID TEPFER
Texas Bar No. 24079444
THOMAS B. CARTER
Texas Bar No. 03932300

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395; rtepfer@ftc.gov
(214) 979-9372; tcarter@ftc.gov
(214) 953-3079 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that Plaintiff Federal Trade Commission filed the foregoing with the Clerk of Court using the ECF system, and further certify that Plaintiff will promptly serve a true and correct copy of the foregoing on Defendants by overnight delivery service and email (where known) at the following addresses:

**YOUR YELLOW BOOK, INC**
info@youryellowbook.com
ProRDBInc@yahoo.com
webmaster@youryellowbook.com
*and*
1009 NE 6th Street
Moore, Oklahoma 73160

**BRANDIE MICHELLE LAW**,
individually and as an officer or director of
Your Yellow Book, Inc
312 W. Creek Ave., Apt. 1
Sallisaw, OK 74955

**DUSTIN R. LAW**, individually
and as an officer or director of
Your Yellow Book, Inc
1009 NE 6th Street
Moore, Oklahoma 73160

**ROBERT RAY LAW**, individually
and as an officer or director of
Your Yellow Book, Inc
1009 NE 6th Street
Moore, Oklahoma 73160


Dated: July 30, 2014                                  s/ *Thomas B. Carter*
                                                              Thomas B. Carter