UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUR YELLOW BOOK INC, a corporation, also d/b/a/ YOUR YELLOW BOOK,<br><br>BRANDIE MICHELLE LAW, individually and as an officer or director of YOUR YELLOW BOOK INC,<br><br>DUSTIN R. LAW, individually and as an officer or director of YOUR YELLOW BOOK INC, and<br><br>ROBERT RAY LAW, individually and as an officer or director of YOUR YELLOW BOOK INC,<br><br>    Defendants. | Civil Action No. CIV-14-786<br>Judge Timothy D. DeGiusti<br><br><br>**PLANTIFF FEDERAL TRADE COMMISSION'S WITNESS LIST FOR THE PRELIMINARY INJUNCTION HEARING** |

Plaintiff Federal Trade Commission submits its witness list for the preliminary injunction hearing:

| Plaintiff FTC's Witnesses |
| --- |
| **Category A: Witnesses Plaintiff Expects to Present at Preliminary Injunction Hearing** |
| Brent McPeek – Last known contact information previously provided |
| Dale O'Groske - Last known contact information previously provided |
| Lisa Ditter – Java Joe's, 8 E Baltimore St, Baltimore, MD 21202 |
| Paul Boyd – State of Oklahoma<br>Office of the Attorney General, 313 NE 21st Street<br>Oklahoma City OK 73105 |

| Plaintiff FTC's Witnesses |
| --- |
| **Category B: Witnesses Plaintiff May Present at Preliminary Injunction Hearing** |
| Melissa Falin – Last known contact information previously provided |
| Julie Gebert – Last known contact information previously provided |
| Julia Gee – Last known contact information previously provided |
| Erika Kimm – Last known contact information previously provided |
| Bill Lambacher – Last known contact information previously provided |
| Royce Eddington – Last known contact information previously provided |
| James Rider – Last known contact information previously provided |
| Lori Rischmiller – Last known contact information previously provided |
| Steven Rojo – Last known contact information previously provided |
| Ryan Brakhage – U.S. Postal Inspection Service, 6500 Air Cargo Rd.<br>Oklahoma City, OK 73195 |
| Diane Welsh – Last known contact information previously provided |

Dated: July 30, 2014                             Respectfully submitted,

    s/ *Thomas B. Carter*
REID TEPFER
Texas Bar No. 24079444
THOMAS B. CARTER
Texas Bar No. 03932300

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395; rtepfer@ftc.gov
(214) 979-9372; tcarter@ftc.gov
(214) 953-3079 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that Plaintiff Federal Trade Commission filed the foregoing with the Clerk of Court using the ECF system, and further certify that Plaintiff will promptly serve a true and correct copy of the foregoing on Defendants by overnight delivery service and email (where known) at the following last known addresses:

**YOUR YELLOW BOOK, INC**
info@youryellowbook.com
ProRDBInc@yahoo.com
webmaster@youryellowbook.com
*and*
1009 NE 6th Street
Moore, Oklahoma 73160

**BRANDIE MICHELLE LAW**,
individually and as an officer or director of
Your Yellow Book, Inc
312 W. Creek Ave., Apt. 1
Sallisaw, OK 74955

**DUSTIN R. LAW**, individually
and as an officer or director of
Your Yellow Book, Inc
1009 NE 6th Street
Moore, Oklahoma 73160

**ROBERT RAY LAW**, individually
and as an officer or director of
Your Yellow Book, Inc
1009 NE 6th Street
Moore, Oklahoma 73160

Dated: July 30, 2014                                       s/ *Thomas B. Carter*
                                                                    Thomas B. Carter