## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YOUR YELLOW BOOK, INC., a | ) | |
| corporation, also d/b/a YOUR | ) | |
| YELLOW BOOK, | ) | |
| | ) | |
| BRANDIE MICHELLE LAW, | ) | Case No. CIV-14-786-D |
| individually and as an officer of | ) | |
| YOUR YELLOW BOOK, INC., | ) | |
| | ) | |
| DUSTIN R. LAW, individually and as | ) | |
| an officer of YOUR YELLOW | ) | |
| BOOK, INC., | ) | |
| | ) | |
| ROBERT RAY LAW, individually | ) | |
| and as an officer of YOUR | ) | |
| YELLOW BOOK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS YOUR YELLOW BOOK, INC., BRANDIE MICHELLE LAW, DUSTIN R. LAW, AND ROBERT RAY LAW'S WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

Defendants Your Yellow Book, Inc. ("YYB"), Brandie Michelle Law ("Brandie Law"), Dustin R. Law ("Dustin Law"), and Robert Ray Law ("Robert Law") (collectively, "Defendants") submit their witness list for the preliminary injunction hearing.

|   | **NAME AND ADDRESS** | **EXPECTED TESTIMONY** |
|---|---|---|
| 1 | Brandie Michelle Law<br>c/o Kevin Krahl and John Krahl<br>Fuller, Tubb, Bickford & Krahl<br>201 Robert S. Kerr, Suite 1000<br>Oklahoma City, OK 73102<br>(405)235-2575 | Defendant.   May   testify   to   all aspects of this action. |
| 2 | Dustin R. Law<br>c/o Kevin Krahl and John Krahl<br>Fuller, Tubb, Bickford & Krahl<br>201 Robert S. Kerr, Suite 1000<br>Oklahoma City, OK 73102<br>(405)235-2575 | Defendant.   May   testify   to   all aspects of this action. |
| 3 | Robert Ray Law<br>c/o Kevin Krahl and John Krahl<br>Fuller, Tubb, Bickford & Krahl<br>201 Robert S. Kerr, Suite 1000<br>Oklahoma City, OK 73102<br>(405)235-2575 | Defendant.   May   testify   to   all aspects of this action. |
|   | Any witness not identified above needed to authenticate documents and/or records. |  |
|   | Any and all witnesses identified by Plaintiff at any time, not objected to by Defendants. |  |

Respectfully submitted,


s/ Kevin E. Krahl_____
Kevin E. Krahl, OBA #11126
John A. Krahl, OBA #31124
FULLER, TUBB, BICKFORD & KRAHL, PLLC
201 Robert S. Kerr, Suite 1000
P.O. Box 887
Oklahoma City, OK 73101-0887
Telephone: (405) 235-2575
Fax: (405) 232-8384
krahl@fullertubb.com
jkrahl@fullertubb.com
*Attorneys for Defendants Your Yellow Book,*
*Inc., Brandie Michelle Law, Dustin R. Law, and*
*Robert Ray Law*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the record currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Reid A. Tepfer
Thomas B. Carter
Federal Trade Commission-DALLAS
1999 Bryan St, Suite 2150
Dallas, TX 75201
rtepfer@ftc.gov
tcarter@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

s/ Kevin E. Krahl_____
Kevin E. Krahl