# Tepfer, Reid A.

**From:** R L <robrlaw@yahoo.com>
**Sent:** Monday, February 09, 2015 4:37 PM
**To:** Tepfer, Reid A.
**Subject:** FTC Monitoring Report: From Robert Law
**Attachments:** FTCReid.zip

Dear Mr. Tepfer,

This email along with it's contents should meet the requirements you requested to have sent to you by the 10th of February. It includes the ad I am using along with thirteen companies that have responded "not interested". I've also included Logos I'm using in my ad.

Concerning my corporation (CPU Service Inc), I own 100% of the corporation and I have no employees and I am responsible for all activities of the corporation. I'm listed as the president as you can see in the three corporate documents I have included in this email.

Concerning the ad if you'll notice it includes a full disclaimer that states the following in bold letters:

DISCLAIMER: All logos contained herein are the property of their respective owners. This is a proposal for the order of goods or services, or both, and this is not a bill, invoice, or statement of account due. You are under no obligation to make any payments on account of this offer unless you accept this offer. Your organization and our company have in the past not done business together.

By the way, my personal email address is RobRLaw@yahoo.com.

Thank You,
Robert Law

P.S.
After you have had a chance to review this information please let me know what I need to do. I am happy to comply with FTC's findings and request.